# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SANDRA L. MURPHY**, Personal Representative of the Estate of Dennis G. Murphy;<br><br>**Plaintiff,**<br><br>vs.<br><br>**ASSOCIATION CASUALTY INSURANCE COMPANY**, a Foreign corporation;<br><br>**Defendant.** | **8:24CV316**<br><br>**ORDER** |

Pursuant to the notice of settlement (Filing No. 33) filed by the plaintiff,

**IT IS ORDERED:**

1. On or before **September 22, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 22nd day of August, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge