IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA L. MURPHY, Personal Representative of the Estate of Dennis G. Murphy;<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATION CASUALTY INSURANCE COMPANY, a Foreign corporation;<br><br>Defendant. | **8:24CV316**<br><br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 35). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay their own costs and attorneys' fees.

Dated this 4th day of September, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge